ACCEPTED
14-15-00028-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/16/2015 5:39:13 PM
CHRISTOPHER PRIN
CLERK

NO. 14-15-00028-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 9:15:00 AM
CHRISTOPHER A. PRINE
Clerk

MICHAEL JUSTIN JACOBS,

APPELLANT

V.

ADANA ALT,

APPELLEE

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 38.6(a) and Rule 10.5(b) of the Texas Rules of Appellate Procedure, Michael Justin Jacobs, the Appellant in this proceeding, seeks an extension of the deadline for filing his Appellant's Brief with this Court. In support of his request for an extension of time, Michael Justin Jacobs submits the following:

1.    In compliance with Rule 10.5(b) of the Texas Rules of Appellate

Procedure, Appellant's counsel advises this Court of the following matters:

(A) Appellant's Brief is due to be filed with the Clerk of this Court on February 26, 2015.

(B) Appellant is seeking an extension of time for filing his Appellant's Brief from February 26 2015 until March 28, 2015 (30 days).

(C) the number of previous extensions granted regarding the item in question - **None**

(D) the facts reasonably relied on to reasonably explain the need for an extension are described below.

2. The undersigned counsel has had numerous other commitments, including hearings, mediations, and discovery deadlines, that have prevented counsel from preparing a working draft of Appellant's Brief to date. Additionally, the undersigned counsel has a full-day deposition and a two-day trial scheduled during the ten days that, along with witness and trial preparation, make timely preparation of the Appellant's Brief impossible.

3. The undersigned counsel respectfully represents to this Court that additional time is needed to properly brief and explain the issues in a clear and concise manner.

4. All facts stated herein are within the personal knowledge of the

undersigned counsel.

WHEREFORE, ABOVE PREMISES CONSIDERED, the undersigned counsel on behalf of Michael Justin Jacobs respectfully prays that upon consideration of the matters set forth herein, this Court extend the deadline for filing of the Appellant's Brief to March 28, 2015.

Michael Justin Jacobs also respectfully prays for such other and further relief to which he may be justly entitled.

Respectfully submitted,

FRANKENBERRY LAW FIRM
4425 S. Mopac Expressway, Suite 105
Austin, Texas 78735
512-252-9937
Fax: 512-852-5937
paige@frankenberrylaw.com

By: _____
Paige Frankenberry
State Bar No.: 24074226

ATTORNEY FOR APPELLANT,
MICHAEL JUSTIN JACOBS

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned counsel advises this Court that prior to making this request, she contacted Appellee's attorney of record, Robert D. Ettinger, about the merits of the motion, and he does not oppose Appellant's Motion for Extension of Time.

_Paige Frankenberry_

Paige Frankenberry

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on opposing counsel, Robert D. Ettinger, P.O. Box 50323, Austin, Texas 78763 *via* email to robert@ettlaw.com on this 17th day of February, 2015.

_Paige Frankenberry_

Paige Frankenberry